**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **HEATHER GUNN**, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: AAQ-24-053 |
| **JPMORGAN CHASE BANK, N.A. ,** | * | |
| Defendant. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**[PROPOSED]  ORDER**

Now pending before this Court is Defendant JPMorgan Chase Bank, N.A.'s Motion to Hold Thomas Alston in Contempt for Failure to Comply with Subpoena *Duces Tecum*. This Court having considered the Motion, any response thereto, and any reply, it is this _____ day of _____, 2025, hereby ORDERED that:

1. Chase's Motion is GRANTED;

2. Thomas Alston is HELD IN CONTEMPT;

3. On _____ (date) and _____ (time), Alston SHALL APPEAR at the United States District Court for the District of Maryland, Southern Division, 6500 Cherrywood Ln, Greenbelt, MD 20770 to SHOW CAUSE for his failure to comply with the October 22, 2025 Subpoena *Duces Tecum* directed to him.

_____

The Honorable Ajmel A. Quereshi
United States Magistrate Judge