Outlook

### Re: Gunn v. JPMorgan Chase Bank, N.A. - Case no. AAQ-24-053

From  Robert Hall <rhall@gosmartllc.com>
Date  Thu 11/6/2025 12:32 PM
To    Diaz, Julie <jdiaz@MilesStockbridge.com>
Cc    Brown, Michael B. <mbbrown@MilesStockbridge.com>; Moffet, Brian L. <bmoffet@MilesStockbridge.com>

Ms. Diaz,

Just wanted to let you know that my missing the deposition the other day was completely inadvertent and that I fully intended to participate. I had cleared my schedule and mentioned to multiple parties that I was going to a deposition on the 4th because that was my understanding. I am dealing with multiple personal issues including a home under contract, my own legal battles, running multiple businesses, and a recent death in the family. I simply got turned around on the dates. I remain willing to be deposed by whatever reasonable means that is available. Whether by phone or other electronic means or, of course, in person.

Respectfully,

Rob Hall

---- On Mon, 03 Nov 2025 14:54:54 -0500 **Diaz, Julie <jdiaz@MilesStockbridge.com>** wrote ---

Mr. Hall -

Attached please find a copy of Defendant JPMorgan Chase Bank, N.A.'s Motion *in Limine* filed with the court earlier today in the above referenced case. A copy is also being sent to you via mail.

If you have any questions, please contact Michael Brown directly, copied here.

Thank you,
Julie

**Julie Diaz**
*Legal Practice Assistant*

100 Light Street | Baltimore, MD 21202

D: +1 410.385.3438 | O: +1 410.727.6464 | F: +1 410.385.3700



vCard | jdiaz@milesstockbridge.com



Confidentiality Notice:
This e-mail, including any attachment(s), is intended for receipt and use by the intended addressee(s), and may contain confidential and privileged information. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use or distribution of this e-mail is strictly prohibited, and requested to delete this communication and its attachment(s) without making any copies thereof and to contact the sender of this e-mail immediately. Nothing contained in the body and/or header of this e-mail is intended as a signature or intended to bind the addressor or any person represented by the addressor to the terms of any agreement that may be the subject of this e-mail or its attachment(s), except where such intent is expressly indicated.

Any federal tax advice provided in this communication is not intended or written by the author to be used, and cannot be used by the recipient, for the purpose of avoiding penalties which may be imposed on the recipient by the IRS. Please contact the author if you would like to receive written advice in a format which complies with IRS rules and may be relied upon to avoid penalties.

Secure Upload/Download files click here.